UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| COREY SPAULDING, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 23-10017-LTS |
| | ) | |
| TOWN OF NATICK, et al., | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

April 25, 2023

SOROKIN, J

On January 11, 2023, *pro se* plaintiff Corey Spaulding was granted leave to proceed *in forma pauperis*. ECF No. 6. At that time, the Court denied her motions for appointment of counsel and for temporary restraining order and preliminary injunction and advised her that this action will be dismissed unless she files an amended complaint curing the pleading deficiencies of the original complaint and setting forth a plausible claim upon which relief may be granted. *Id.*

Since that time, plaintiff sought three extensions of time to file an amended complaint and the deadline was extended to March 28, 2023. ECF Nos. 10, 13, 16, 18. Now before the Court is plaintiff's one-page letter dated April 10, 2023. ECF No. 20. In the letter, plaintiff states that she "cannot obtain unbiased legal counsel because of the interference/involvement of court officers including judges, attorney, clerks, etc." *Id.* Plaintiff attaches to her letter over three dozen pages of correspondence in an effort to advise the Court of her "concerns." *Id.*

What Plaintiff has not done, before or after the March 28, 2023 filing deadline, is file a proposed Amended Complaint. She has had several months and several extensions to do so. She has not sought a further extension. The Court has reviewed Plaintiff's April 10, 2023 filing, but it

is neither an Amended Complaint, even under the liberal rules governing *pro se* filings nor does it provide a basis for *sua sponte* extending the deadline to file an Amended Complaint.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE for the reasons set forth in the January 11, 2023 Memorandum and Order, and for failure to file an amended complaint. The Clerk is directed to enter a separate order of dismissal.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge